RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Tel: (510)763-9967
Fax: (510)272-0711

Attorney for Defendant
REED ROBERTSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REED ROBERTSON, et al.<br><br>　　　　Defendants.<br>_____/ | No. CR11-00035 PJH (LB)<br><br>**STIPULATION AND ORDER<br>TO MODIFY CONDITIONS<br>OF PRETRIAL RELEASE**<br>_____ |

　　IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant REED ROBERTSON, and Assistant United States Attorney Steve Corrigan, that Mr. Robertson's pretrial release bond be modified to permit his travel to the Eastern District of California. This modification is because Mr. Robertson manages a mobile home park in Vallejo three-four times a week and has family in Sacramento.

///

///

///

United States vs. Robertson CR. 11-00035-PJH (LB)
STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

1 | Pretrial Service Officer Tim Elder has no objection to this modification.

Dated: February 3, 2011

                   /s/
RANDY SUE POLLOCK
Attorney for Defendant
REED ROBERTSON

Dated: February 3, 2011

                   /s/
STEVE CORRIGAN
Attorney for Defendant
Reed Robertson

SO ORDERED
Date: February 4, 2011

LAUREL BEELER
United States Magistrate Judge