UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>REED ROBERTSON,<br><br>      Defendant. | Case No.  11-cr-00035-PJH-7<br><br>**ORDER SETTING BRIEFING SCHEDULE ON SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 212 |

Defendant Reed Robertson has filed a second motion for early termination of supervised release, noticed for hearing on November 18, 2015.  Because the motion was not filed at least 21 days in advance of the noticed hearing date, as required by the court's standing order, the hearing is hereby continued to November 25, 2015, at 1:30 p.m.  The government shall file an opposition brief, or statement of non-opposition to the motion for early termination, by November 10, 2015.  Defendant may file a reply and shall file a proposed order by November 17, 2015.  If the motion is unopposed, the court will vacate the hearing and rule on the papers.

     **IT IS SO ORDERED.**

Dated: November 2, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge